BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
LOUIS R. MOFFA, JR.
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043
(856) 761-3400

Attorneys for Plaintiff, Bancroft Fund Ltd.

| | | |
|---|---|---|
| BANCROFT FUND LTD., | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 07-04780 |
| | : | |
| v. | : | |
| | : | |
| BULLDOG INVESTORS, | : | |
| OPPORTUNITY PARTNERS, L.P., | : | |
| KIMBALL & WINTHROP, INC., | : | |
| PHILLIP GOLDSTEIN, and | : | |
| ANDREW DAKOS, | : | |
| | : | |
| Defendants. | : | |

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Plaintiff Bancroft Fund Ltd., ("Bancroft"), by its undersigned counsel, pursuant to

Rule 41(a)(1)(A)(i), hereby dismisses this case without prejudice.


Dated:  January 21, 2008                       s/ Louis R. Moffa, Jr.
                                               LOUIS R. MOFFA, JR.
                                               Ballard Spahr Andrews & Ingersoll, LLP
                                               Plaza 1000, Suite 500
                                               Main Street
                                               Voorhees, NJ 08043
                                               856-761-3400

DMEAST #9964576 v1